*ORDER*

PER CURIAM.

Appellant, Chi W. Chang, appeals the judgment sustaining respondent's, Jefferson Bank and Trust Company's, motion for summary judgment on its action for damages from two dishonored checks executed by appellant. We affirm.

We have reviewed the briefs of the parties and the legal file and find no error of law appears. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

because defendant previously had her license administratively suspended.

This case is controlled by the Missouri Supreme Court's recent decision in *State v. Mayo*, 915 S.W.2d 758 (Mo. banc 1996). There, the court held a charge of driving while intoxicated is not barred by Double Jeopardy because the defendant's license had been administratively suspended. Thus, it reversed the trial court's dismissal of the charge against the defendant.

The judgment is reversed and the cause remanded for further proceedings.

**STATE of Missouri, Plaintiff/Appellant,**

v.

**Sharla Wagener TRUSTY, Defendant/Respondent.**

**No. 69255.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 30, 1996.

Blake R. Fischer, Asst. Pros. Atty., Franklin County, Union, for appellant.

Daniel J. Briegel, Union, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

The State of Missouri appeals the dismissal of the driving while intoxicated charge against defendant Sharla Wagener Trusty. The trial court found the prosecution of the charge violated the Double Jeopardy Clause

**STATE of Missouri, Plaintiff/Appellant,**

v.

**Kristopher TODAHL, Defendant/Respondent.**

**No. 69286.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 30, 1996.

Blake R. Fischer, Asst. Pros. Atty., Franklin County, Union, for appellant.

Kurt L. Hellmann, Carson & Hellmann, Union, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

The State of Missouri appeals the dismissal of the driving while intoxicated charge against defendant Kristopher Todahl. The trial court found the prosecution of the charge violated the Double Jeopardy Clause